UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

D.C. KEENAN & ASSOCIATES,
P.A.,

       Plaintiff,

    v.

FELLER & WENDT, LLC,

       Defendant.

CIVIL ACTION NO.
1:23-cv-03266-JPB

## **ORDER**

This matter comes before the Court on Plaintiff's Unopposed Motion to Unseal Case [Doc. 7].  For good cause shown, the Motion is **GRANTED**.  The Clerk is **DIRECTED** to unseal the case.

    **SO ORDERED** this 23rd day of August, 2023.

_____
J. P. BOULEE
United States District Judge