IN THE UNITED STATES DISTRICT COUFT
FOR THE NORTHERN DISTRIT OF GEORGIA

| | |
|---|---|
| D. C. KEENAN & ASSOCIATES, P.A., ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:23-cv-03266-JPB |
| ) | |
| v. ) | |
| ) | |
| FELLER & WENDT, LLC ) | |
| ) | |
| Defendant. ) | |

**ORDER CONFIRMING ARBIRATION AWARD**

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, Plaintiff's Application to Confirm Arbitration Award and for Entry of Judgment is GRANTED.

Therefore, it is ORDERED that Plaintiff D.C. Keenan & Associates, P.A. recover of Defendant Feller & Wendt, LLC, the sum of $67,280 (sixty-seven thousand two hundred and eighty dollars), together with its costs of action.

SO ORDERED this ___ day of ____, 2023.

_____
**J. P. BOULEE**
UNITED STATES DISTRICT JUDGE