## IN THE UNITED STATES DISTRICT COUFT
## FOR THE NORTHERN DISTRIT OF GEORGIA

| | |
|---|---|
| D. C. KEENAN & ASSOCIATES, P.A.,<br><br>    Plaintiff,<br><br>v.<br><br>FELLER & WENDT, LLC<br><br>    Defendant. | Civil Action No.: 1:23-cv-03266-JPB |

## **PROPOSED JUDGMENT**

The award of the arbitrator in the above-refenced action having been confirmed by an order of this Court entered on _____, and this Court having directed that judgment be entered in accordance with the award:

NOW, THEREFORE, it is ordered, adjudged and decreed that Plaintiff D.C. Keenan & Associates, P.A. recover of Defendant Feller & Wendt, LLC, the sum of $67,280 (sixty-seven thousand two hundred and eighty dollars), together with interest at the rate of 5.2% per year.

DATED: _____

_____
**J. P. BOULEE**
UNITED STATES DISTRICT JUDGE