# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| D.C. KEENAN & ASSOCIATES, P.A., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FELLER & WENDT, LLC, ) <br> ) <br> Defendant. ) | Civil Action File No: <br> 1:23-cv-03266-JPB |

## FELLER & WENDT, LLC'S RESPONSE TO PLAINTIFF'S APPLICATION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT

Defendant Feller & Wendt, LLC ("Feller & Wendt") has already paid to Plaintiff the Arbitration Award entered on May 30, 2024, by Henry D. Fellows, Jr., and therefore it considers Plaintiff's Application for Confirmation of the Award and Entry of Judgment unnecessary (the "Application").

Moreover, Feller & Wendt notes that the Plaintiff failed to comply with the requirements of 9 U.S.C. § 13 when it filed its Application because it failed to file with its Application the arbitration agreement pursuant to which the parties agreed that this Court would retain jurisdiction to enter judgment on the Award. *See* 9 U.S.C. § 13 ("To obtain confirmation of an award, the statute requires the moving party to file (1) *the agreement*, (2) the award, and (3) each notice, affidavit, or other paper used to confirm, modify or correct the award.")(emphasis supplied)); *Meekins*

*v. Lakeview Loan Servicing, LLC*, No. 3:19CV501 (DJN), 2019 WL 7340300, at *2 (E.D. Va. Dec. 30, 2019) (Holding that because "Petitioner did not file any agreement with his Motion to Confirm, in contravention of Section 13's requirement," that "Petitioner has not presented a valid agreement whereby the parties agreed to arbitrate a dispute" and therefore arbitration award would not be confirmed).

Nonetheless, Feller & Wendt does not oppose Plaintiff's Application.

This 24th day of June 2024.

                              BERMAN FINK VAN HORN P.C.

                              By:   */s/ Benjamin I. Fink*
                                     Benjamin I. Fink
                                     Georgia Bar No. 261090
                                     Cheralynn M. Gregoire
                                     Georgia Bar No. 309760
                                     3475 Piedmont Road, N.E.
                                     Suite 1640
                                     Atlanta, Georgia 30305
                                     (404) 261-7711
                                     bfink@bfvlaw.com
                                     cgregoire@bfvlaw.com

                                  COUNSEL FOR DEFENDANT

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.1B**

The undersigned counsel certifies that this document complies with Local Rule 5.1B because it has been prepared in Times New Roman font, 14 point.

        BERMAN FINK VAN HORN P.C.

By: */s/ Benjamin I. Fink*
    Benjamin I. Fink
    Georgia Bar No. 261090
    Cheralynn M. Gregoire
    Georgia Bar No. 309760
    3475 Piedmont Road, N.E.
    Suite 1640
    Atlanta, Georgia 30305
    (404) 261-7711
    bfink@bfvlaw.com
    cgregoire@bfvlaw.com

    COUNSEL FOR DEFENDANT

# CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S APPLICATION FOR CONFIRMATION OF ARBITRATION AWARD AND ENTRY OF JUDGMENT** upon the following by email as follows:

>Bruce P. Brown, Esq.
>Bruce P. Brown Law, LLC
>1123 Zonolite Road, Suite 6
>Atlanta, Georgia 30306
>Email:  bbrown@brucepbrownlaw.com

This 24th day of June 2024.

Respectfully submitted,

**BERMAN FINK VAN HORN P.C.**

By: */s/ Benjamin I. Fink*
　　Benjamin I. Fink
　　Georgia Bar No. 261090
　　Cheralynn M. Gregoire
　　Georgia Bar No. 309760

3475 Piedmont Road, N.E.
Suite 1640
Atlanta, Georgia 30305
(404) 261-7711
bfink@bfvlaw.com
cgregoire@bfvlaw.com

**COUNSEL FOR RESPONDENT FELLER & WENDT, LLC**